# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MELISSA LOVEDAY**
individually and on behalf of a class
of similarly situated persons,

        Plaintiff,

   v.

**ACCOUNT CONTROL TECHNOLOGY, INC., and DOE-1**

        Defendants.

Case No. 18-12405

HONROABLE AUTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** that Plaintiff Melissa Loveday and Account Control Technology, Inc., by and through their undersigned counsel, have settled this matter and requests this Honorable Court to retain jurisdiction over the matter for sixty days.

| | |
|---|---|
| /s/ Curtis C. Warner<br>Curtis C. Warner (P59915)<br>Warner Law Firm, LLC<br>350 S. Northwest Hwy., Ste. 300<br>Park Ridge, IL 60068<br>(847) 701- 5290<br>cwarner@warner.legal | Charity A. Olson (w/consent)<br>Charity A. Olson (P68295)<br>VARNUM, LLP<br>300 N. 5th Ave.<br>Ann Arbor, MI 48104<br>(734) 372-2914<br>caolson@varnum.com |

# CERTIFICATE OF SERVICE

I hereby certify that on **November 2, 2018**, I filed electronically the foregoing paper above with the Court using the Court's ECF system, which will automatically send notice to all counsel of record that has so appeared:

Charity A. Olson (P68295)
VARNUM LLP
300 N. 5th Ave., Ste. 230
Ann Arbor, MI 48104
caolson@varnumlaw.com

                                              Respectfully submitted,
                                              /s/ Curtis C. Warner
                                                  Curtis C. Warner

Curtis C. Warner (P59915)
Warner Law Firm, LLC
350 S. Northwest Hwy., Ste. 300
Park Ridge, IL 60068
(847) 701- 5290
cwarner@warner.legal