UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA LOVEDAY,
Individually and on behalf of a class of
similarly situated persons,

    Plaintiff,

Case No.: 1:18-12405-AJT-APP
Hon. Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

v.

ACCOUNT CONTROL
TECHNOLOGY, INC., and DOE-1,

    Defendants.

## STIPULATION ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

NOW COME the parties, by and through their attorneys, and do hereby stipulate and agree to dismiss the above-captioned matter with prejudice as to Plaintiff's claims only, without prejudice to the putative class members, and without costs to either party.

By: /s/*John A. Evancek (with consent)*
John A. Evancek (P66157)
KELLEY & EVANCHECK PC
Attorney for Plaintiff
43695 Michigan Ave.
Canton, MI 48188
(734) 397-4540
john@kelawpc.com

By: /s/*Bethany S. Sweeny*
Bethany S. Sweeny (P64037)
VARNUM LLP
Attorney for Defendant Account
Control Technology, Inc.
39500 High Pointe Blvd. Ste. 350
Novi, Michigan, 48375
(248)567-7400
bsweeny@varnumlaw.com

By: */s/Curtis C. Warner* (*with consent*)
Curtis C. Warner (P59915)
WARNER LAW FIRM, LLC
Attorney for Plaintiff
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290
cwarner@warner.legal


Dated: February 12, 2019

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA LOVEDAY,
Individually and on behalf of a class of
similarly situated persons,

    Plaintiff,

v.

ACCOUNT CONTROL
TECHNOLOGY, INC., and DOE-1,

    Defendants.

Case No.: 1:18-12405-AJT-APP
Hon. Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER OF DISMISSAL

The Court, having reviewed the parties' stipulation, and finding good cause shown;

IT IS HEREBY ORDERED that the above-captioned matter against Defendants Account Control Technology, Inc. and Doe-1, is hereby dismissed with prejudice as to Plaintiff's claims only, without prejudice to the putative class members, and without fees or costs to either party.

**This Order resolves the last pending claim and closes the case.**

Dated: February 14, 2019

s/Arthur J. Tarnow
Honorable Arthur J. Tarnow
U.S. District Court Judge

3